DELPHOS SOUTHARD, In Equity,

vs.

DELLA J. SOUTHARD, Executrix.

Piscataquis County.    Decided June 8, 1911.    The rescript states as follows:    "Bill in equity to declare a resulting trust in favor of the plaintiff of certain real estate described in her bill.    The presiding Justice who tried the cause below entered a decree that the bill be dismissed for want of equity in the plaintiff, from which decree an appeal was taken to this court.    To establish a resulting trust the proof should be full, clear and convincing.    After a careful examination and consideration of the evidence in this case it is the opinion of the court that it is not sufficient to establish a resulting trust in the plaintiff's favor."    Bill dismissed.    *J. S. Williams*, for plaintiff.    *Wm. A. Burgess, and C. W. Hayes*, for defendant.

RALPH E. CARTER et al. *vs.* JOHN WHITE.

Penobscot County.    Decided June 8, 1911.    Assumpsit upon an account annexed to recover the sum of $72.22 for materials furnished and labor performed by the plaintiffs as plumbers, upon certain houses owned by the defendant.    Verdict for plaintiffs for $73.59.    Defendant moved for a new trial.    Motion overruled. *B. W. Blanchard*, for plaintiffs.    *Thompson & Blanchard*, for defendant.